LAN.6623

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **MICHELE BAILON** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. _____** |
| | § | **JURY** |
| **LANDSTAR RANGER, INC. and** | § | |
| **CAMARA PERCIVAL, JR.** | § | |

## DEFENDANT'S INDEX OF PLEADINGS FILED IN THE STATE COURT ACTION

**TO THE UNITED STATES DISTRICT CLERK:**

Pursuant to 28 U.S.C. § 1447(b), attached hereto are complete true and correct copies of all

documents filed in the state court action, as follows:

1. Plaintiffs' Original Petition – filed 3/04/2016

2. Civil Case Information Sheet – filed 3/04/2016

3. Civil Process Request – filed 3/04/2016

4. Jury Demand – filed 3/04/2016

5. Citation Issued to Landstar Ranger, Inc. – dated 3/14/2016

6. Citation Issued to Camara Percival, Jr. – dated 3/14/2016

7. Letter to Court Clerk from Plaintiff's counsel  - filed 3/24/2016

8. Defendant Landstar Ranger, Inc.'s Original Answer – filed 3/29/2016

9. Order Setting Scheduling Conference and Notice of Policies – dated 3/29/2016

10. Defendant Landstar Ranger, Inc.'s Jury Demand – filed 3/30/2016

11. Vacation Letter to Court for Michael P. Sharp – filed 3/31/2016

Respectfully submitted,

/s/ Michael P. Sharp
_____

**MICHAEL P. SHARP**
msharp@feesmith.com
State Bar No. 00788857
**DANIEL M. KARP**
State Bar No. 24012937
dkarp@feesmith.com
Fee, Smith, Sharp & Vitullo LLP
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas  75240
(972) 934-9100
(972) 934-9200 (Fax)

**ATTORNEYS FOR DEFENDANT
LANDSTAR RANGER, INC.**

## <u>CERTIFICATE OF SERVICE</u>

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the 15th day of April 2016 as follows:

***Via E-Service & Facsimile***
Jason A. Itkin
Cory D. Itkin
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX  77007

/s/ Michael P. Sharp
_____

**MICHAEL P. SHARP**

FILED
DALLAS COUNTY
3/4/2016 10:32:48 AM
FELICIA PITRE
DISTRICT CLERK

Angie Avina

CAUSE NO. DC-16-02623 _____

| | | |
|---|---|---|
| Michele Bailon | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| Landstar Ranger, Inc. and | § | |
| Camara Percival Jr. | § | |
| *Defendant.* | § | _____ JUDICIAL DISTRICT |

## Plaintiffs' Original Petition

Plaintiff Michele Bailon complains of Defendant Landstar Ranger, Inc. and Camara Percival Jr. and would respectfully show that:

### I.

### Discovery Control Plan

1.    Plaintiffs plead Level 2.

### II.

### Jurisdiction and Venue

2.    The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because a substantial part of the events giving rise to this action occurred in Dallas County, Texas.

### III.

### Parties

3.    Plaintiff is a resident and citizen of Dallas, Texas.

4.    Defendant Landstar Ranger, Inc. is a Delaware corporation which has systematic and continuance contacts with and does a substantial amount of business in Dallas

County, Texas. Defendant Landstar Ranger, Inc. may be served through its registered agent: CT Corporation System at 1999 Bryan St., Ste. 900 Dallas, TX 75201.

5.     Defendant Camara Percival Jr. is a resident of California who has systematic and continuance contacts with and does a substantial amount of business in Dallas County, Texas. Defendant Carmara Percival Jr. may be served with process at 1600 Taft Avenue, Apt 411 Los Angeles, California 90028 or wherever he may be found.

## IV.

### Facts

6.     This lawsuit is necessary as a result of motor vehicle accident that occurred on or about April 27, 2015. On the date in question, Defendant Percival was acting within the course and scope of his employment with Defendant Landstar Ranger, Inc. and violently collided with Plaintiff vehicle. As a result of the accident, Plaintiff sustained severe injuries to her head, neck, chest, and other parts of her body. The accident at issue occurred as a direct and proximate result of Defendants' negligence, negligence *per se*, and gross negligence when Defendants:

      a.      Failed to control their vehicle's speed;

      b.      Failed to operate their vehicle safely;

      c.      Failed to take evasive action to avoid the collision;

      d.      Failed to exercise caution;

      e.      Failed to keep a proper lookout;

      f.      Failed to maintain a safe distance;

      g.      Failed to train its employees;

      h.      Failed to supervise its employees;

i.      Violated applicable, local, state, and federal laws and/or regulations;

j.      Negligently entrusted a vehicle to an unlicensed, incompetent, and/or reckless driver; and

k.      Other acts so deemed negligent.

7.     As a result of said occurrences, Plaintiff sustained severe injuries, which resulted in physical pain, mental anguish, disfigurement, and other medical problems. Plaintiff has sustained severe pain, physical impairment, disfigurement, discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with her injuries.

8.     Further, Defendants acted knowingly and/or recklessly, committing gross negligence. Accordingly, Plaintiff is entitled to and seeks exemplary damages.

9.     Pursuant to Rule 47, Plaintiff seeks monetary relief within the jurisdictional limits of this Court and over $1,000,000.00.

## V.

## **Jury Demand**

10.    Plaintiff hereby demands a trial by jury.

## VI.

## **Prayer**

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants, both jointly and severely, in a total sum in

3

excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, exemplary damages, and all such other and further relief, to which she may show herself justly entitled.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Jason A. Itkin*
Jason A. Itkin
Texas State Bar No. 24032461
Cory D. Itkin
Texas State Bar No. 24050808
Noah M. Wexler
Texas State Bar No. 24060816
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
Email: JAITeam@ArnoldItkin.com

***ATTORNEYS FOR PLAINTIFF***

4

| CAUSE NUMBER *(FOR CLERK USE ONLY):* _____ | COURT *(FOR CLERK USE ONLY):* _____ |
|---|---|

STYLED   Michele Bailon vs. Landstar Ranger, Inc. and Camara Percival Jr.

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

---

**1. Contact information for person completing case information sheet:**

| Name: | Email: |
|---|---|
| Jason A. Itkin | jitkin@ArnoldItkin.com |

Address:

6009 Memorial Drive

Telephone:

713-222-3800

City/State/Zip:

Houston, TX 77007

Fax:

713-222-3850

Signature:

/s/Jason A. Itkin

State Bar No:

24032461

**Names of parties in case:**

Plaintiff(s)/Petitioner(s):

Michele Bailon

Defendant(s)/Respondent(s):

Landstar Ranger, Inc.

Camara Percival Jr.

*[Attach additional page as necessary to list all parties]*

**Person or entity completing sheet is:**
- ☐ Attorney for Plaintiff/Petitioner
- ☒ *Pro Se* Plaintiff/Petitioner
- ☐ Title IV-D Agency
- ☐ Other: _____

Additional Parties in Child Support Case:

Custodial Parent:

Non-Custodial Parent:

Presumed Father:

---

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|

**Civil**

**Contract**

*Debt/Contract*
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract: _____

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract: _____

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation

*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability: _____

- ☒ Motor Vehicle Accident
- ☐ Premises

*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product: _____

- ☒ Other Injury or Damage:
   Negligence

**Real Property**
- ☐ Eminent Domain/ Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property: _____

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus— Pre-indictment
- ☐ Other: _____

**Family Law**

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void

*Divorce*
- ☐ With Children
- ☐ No Children

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other: _____

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child: _____

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment: _____

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other: _____

**Tax**
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

**Probate & Mental Health**

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings

- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other: _____

---

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**
- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

---

**4. Indicate damages sought *(do not select if it is a family law case)*:**
- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100, 000 but not more than $200,000
- ☐ Over $200,000 but not more than $1,000,000
- ☒ Over $1,000,000

Rev 2/13

## CIVIL PROCESS REQUEST

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
|---|
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

DC-16-02623

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): ___Original Petition and Citation___

**FILE DATE OF MOTION:** _____ 03/04/2016 _____
                                                     Month/        Day/        Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: __Landstar Ranger, Inc.__

   ADDRESS: __1999 Bryan Street, Suite 900 Dallas, Texas 75201__

   AGENT, (if applicable): __CT Corporation System__

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____    Phone: _____
- ☒ **MAIL**                                ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
      Type of Publication:    ☐ **COURTHOUSE DOOR, or**
                              ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** *explain* _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*

2. NAME: __Camara Percival Jr.__

   ADDRESS: __1600 Taft Avenue, Apt 411 Los Angeles, California 90028__

   AGENT, (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): _____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____    Phone: _____
- ☒ **MAIL**                                ☐ **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
      Type of Publication:    ☐ **COURTHOUSE DOOR, or**
                              ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: __Jason A. Itkin__                    TEXAS BAR NO./ID NO. __24032461__

MAILING ADDRESS: __6009 Memorial Drive, Houston, Texas 77007__

PHONE NUMBER: __713__    __222-3800__        FAX NUMBER: __713__    __222-3850__
                 area code    phone number                    area code    fax number

EMAIL ADDRESS: __jitkin@ArnoldItkin.com__

CIVC109 Revised 0/3/00

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION XXX
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                          (specify)

    MOTION TO: _____
                          (specify)

PROCESS TYPES:

NON WRIT:
CITATION XX
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

CIVC108 Revised 9/3/99



FILED

DALLAS COUNTY

3/4/2016 10:32:48 AM

FELICIA PITRE

DISTRICT CLERK



FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK

NINA MOUNTIQUE
CHIEF DEPUTY

## CAUSE NO. DC-16-02623


MICHELE BAILON

vs.

LANDSTAR RANGER INC, et al


44th District Court


# <u>ENTER DEMAND FOR JURY</u>

JURY FEE PAID BY: MICHELE BAILON

FEE PAID: 40

# FORM NO.  353-3 - CITATION
# THE STATE OF TEXAS

**To:**

**LANDSTAR RANGER INC**
**CT CORPORATION SYSTEM**
**1999 BRYAN ST STE 900**
**DALLAS TX  75201**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and  petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **MICHELE BAILON**

Filed in said Court  **4th day of March, 2016** against

**LANDSTAR RANGER INC, AND CAMARA PERCIVAL JR.**

For Suit, said suit being numbered **DC-16-02623,** the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 14th day of March, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By_____, Deputy
DAMARCUS OFFORD

---

**CERT MAIL**

# CITATION

## DC-16-02623

**MICHELE BAILON**
vs.
**LANDSTAR RANGER INC, et al**

ISSUED THIS
**14th day of March, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: DAMARCUS OFFORD, Deputy

**Attorney for Plaintiff**
JASON A. ITKIN
JITKIN@ARNOLDITKIN.COM
6009 MEMORIAL DRIVE
HOUSTON TX  77007
713-222-3800

DALLAS COUNTY CONSTABLE
FEES PAID      FEES NOT PAID

# OFFICER'S RETURN

Case No. : DC-16-02623

Court No.44th District Court

Style: MICHELE BAILON

vs.

LANDSTAR RANGER INC, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____miles and my fees are as follows:  To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____County, _____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

FELICIA PITRE
DISTRICT CLERK
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE ST STE 101
DALLAS, TX 75202-6604



**Return Receipt (Electronic)**

9214 8901 0661 5400 0082 1110 27

**DC-16-02623 DO**

LANDSTAR RANGER INC
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS, TX 75201-3140

- - - - - - - - - - - - - - - - - - - - - - - - - - - - CUT / FOLD HERE - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - 6"X9" ENVELOPE - - - - - - - - - - - - - - - - - - - - - - - - -
CUT / FOLD HERE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - CUT / FOLD HERE - - - - - - - - - - - - - - - - - - - - - - - - - - - -

English        Customer Service        USPS Mobile                                        Register / Sign In

◢USPS.COM®

## USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: **9214890106615400008211027**

On Time
Expected Delivery Day: **Friday, March 18, 2016**

## Product & Tracking Information

### Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

Return Receipt Electronic

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 18, 2016 , 8:45 am** | Delivered | **DALLAS, TX 75201** |

Your item was delivered at 8:45 am on March 18, 2016 in DALLAS, TX 75201.

| | | |
|---|---|---|
| March 18, 2016 , 7:24 am | Arrived at Unit | DALLAS, TX 75201 |
| March 18, 2016 , 5:03 am | Departed USPS Facility | DALLAS, TX 75260 |
| March 17, 2016 , 8:36 am | Arrived at USPS Facility | DALLAS, TX 75260 |
| March 16, 2016 , 10:04 pm | Departed USPS Facility | NORTH TEXAS PROCESSING AND DISTRIBUTION CENTER |
| March 16, 2016 , 5:45 pm | Arrived at USPS Facility | NORTH TEXAS PROCESSING AND DISTRIBUTION CENTER |
| March 16, 2016 , 4:30 pm | Accepted at USPS Origin Facility | DALLAS, TX 75202 |
| March 15, 2016 | Pre-Shipment Info Sent to USPS | |

## Track Another Package

**Tracking (or receipt) number**

[                                                        ]   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Number

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To:**

     **CAMARA PERCIVAL, Jr.**
     **1600 TAFT AVENUE APT 411**
     **LOS ANGELES CA  90028**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and  petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **MICHELE BAILON**

Filed in said Court  **4th day of March, 2016** against

**CAMARA PERCIVAL, Jr. AND LANDSTAR RANGER, INC**

For Suit, said suit being numbered <u>**DC-16-02623,**</u> the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 14th day of March, 2016.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas.

     By _____, Deputy
          DAMARCUS OFFORD

---

<u>CERT MAIL</u>

# CITATION

## DC-16-02623

**MICHELE BAILON**
vs.
**LANDSTAR RANGER INC, et al**

ISSUED THIS
**14th day of March, 2016**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  DAMARCUS OFFORD, Deputy

**Attorney for Plaintiff**
JASON A. ITKIN
JITKIN@ARNOLDITKIN.COM
6009 MEMORIAL DRIVE
HOUSTON TX  77007
713-222-3800

DALLAS COUNTY CONSTABLE
FEES PAID
FEES NOT PAID

# OFFICER'S RETURN

Case No. : DC-16-02623

Court No.44th District Court

Style: MICHELE BAILON

vs.

LANDSTAR RANGER INC, et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by me in serving such process was _____miles and my fees are as follows:  To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____County, _____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

FELICIA PITRE
DISTRICT CLERK
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE ST STE 101
DALLAS, TX 75202-6604



**Return Receipt (Electronic)**

9214 8901 0661 5400 0082 1111 02

**DC-16-02623 DO**
CAMARA PERCIVAL, JR
1600 TAFT AVE APT 411
LOS ANGELES, CA 90028-3706

................................................ CUT / FOLD HERE ................................................

................................................ 6"X9" ENVELOPE ................................................
CUT / FOLD HERE

................................................ CUT / FOLD HERE ................................................

FILED
DALLAS COUNTY
3/24/2016 4:43:41 PM
FELICIA PITRE
DISTRICT CLERK

Tonya Pointer

# AI

## Arnold & Itkin LLP
### TRIAL LAWYERS

March 24, 2016

*Via E-Filing*
Damarcus Offord, Clerk
Dallas County District Clerk
George Allen Courts Building
600 Commerce St.
Suite 103,
Dallas, TX 75202

      Re:     Docket No. DC-16-02623; *Michele Bailon vs. Landstar Ranger, Inc., et al;* In the 44th Judicial District Court of Dallas County, Texas.

Dear Mr. Offord:

      Per our conversation, I am writing to request that the petition and citations pertaining to the following defendants' referenced below, be re-issued and **request them to be mailed to our office once issued, so we may send them out for service via our process server.** The citations are to be addressed to the following defendants:

- *Landstar Ranger, Inc. may be served with process through its registered agent at CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.*
- *Camara Percival Jr. may be served with process at 1600 Taft Avenue, Apt. 411 Los Angeles, California, 90028.*

      The postage fee, and the citation issuance fee are being paid with this filing. If you have any questions, please do not hesitate to contact me.

Sincerely,

Narissa Espinal,
Legal Assistant

LAN.6623

### CAUSE NO. DC16-02623

| | | |
|---|---|---|
| **MICHELE BAILON** | § | **IN THE DISTRICT COURT** |
| | § | |
| **v.** | § | **44th JUDICIAL DISTRICT** |
| | § | |
| **LANDSTAR RANGER, INC. and** | § | |
| **CAMARA PERCIVAL, JR.** | § | **DALLAS COUNTY, TEXAS** |

### DEFENDANT LANDSTAR RANGER, INC.'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **LANDSTAR RANGER, INC.**, Defendant named in the above entitled and numbered cause, and files this its Original Answer, and for same would respectfully show unto the Court as follows:

### I.

### GENERAL DENIAL

Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof pursuant to Rule 92 of the Texas Rules of Civil Procedure.

### II.

### SECTION 18.091

Defendant invokes Section 18.091 of the Texas Civil Practice and Remedies Code. To the extent Plaintiff seeks recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value or loss of inheritance, the evidence to prove such loss must be presented in the form of net loss after reduction of income tax payments or unpaid tax liability.

Defendant further requests the court to instruct the jury as to whether any recovery for compensatory damages sought by Plaintiff is subject to federal or state income taxes.

### III.

### SECTION 41. 0105

Defendant invokes Section 41.0105 of the Texas Civil Practice and Remedies Code. To the extent Plaintiff seeks recovery of medical or healthcare expenses incurred, the evidence to prove such loss must be limited to the amount actually paid or incurred by or on behalf of Plaintiff. Defendant further requests the court to instruct the jury as to whether any recovery for medical or healthcare expenses sought by Plaintiff is limited to the amount actually paid or incurred by or on behalf of Plaintiff.

### IV.

### AFFIRMATIVE DEFENSES

### Paid v. Incurred

Defendant also asserts that it is entitled to a reduction in any award for medical expenses to the extent that same is not actually paid or incurred. Defendant is further entitled to a reduction as to any damage award for the full sum of any settlement as an offset to Plaintiff's recovery.

### V.

### JURY DEMAND

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendant demands a trial by jury.

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the _29th_ day of _March_, 2016 as follows:

*Via Facsimile*
Jason A. Itkin
Cory D. Itkin
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX  77007

MICHAEL P. SHARP



CAUSE NO. DC-(  16-02623  )

| MICHELE BAILON, | | |
| --- | --- | --- |
| | *Plaintiff(s),* | In the District Court |
| v. | | of Dallas County, Texas |
| LANDSTAR RANGER, INC., et al, | | 44th Judicial District |
| | *Defendant(s).* | |

## ORDER SETTING SCHEDULING CONFERENCE AND NOTICE OF POLICIES

In accordance with Rule 166, 190 and 192 of the Texas Rules of Civil Procedure, the parties or their attorneys are ORDERED to appear for a scheduling conference to address those matters stated in those Rules on the following date and time: *April 22, 2016 @9:00 a.m.*, or alternatively **dismissal for want of prosecution** for failure to comply with the Courts order for the submission and entrance of a scheduling order. *The Court prefers that counsel submit an agreed Scheduling Order in lieu of attending the scheduling conference hearing. Upon receipt of the signed order, the hearing will be canceled.*

### THE PARTIES ARE ORDERED TO CONFER BEFORE THE CONFERENCE.

The conference will not be required if the parties file an agreed scheduling order. One of the two Modified Uniform Scheduling Orders is attached. The date by which the case will be ready for trial (the "Initial Trial Setting") as indicated in the forms must be on a Monday not a holiday, and must be in the following range: *PLEASE USE THE ATTACHED MODIFIED UNIFORM SCHEDULING ORDER, LEVELS 1-2 or 3.*

| | | |
| --- | --- | --- |
| Level 1 | 6-12 months | from the date of initial filing of the case |
| Level 2 | 12-18 months | from the date of initial filing of the case |
| Level 3 | 18-24 months | from the date of initial filing of the case |

*Requests for variations from the attached forms, even if agreed, must be made at the scheduling conference. Failure to attend the scheduling conference may result in the entry of an order of dismissal for want of prosecution or other sanctions:*

The parties are directed to take notice of the following court policies:

Service of Papers Filed with the Court. — Other than original petitions and any accompanying applications for temporary restraining order, any documents filed with the Court that relate to requests for expedited relief or to matters set for hearing within seven days of filing must be served upon all opposing parties in a manner that will ensure receipt of the papers by them on the same day the papers are filed with the Court or District Clerk.

Uncontested or Agreed Matters. — The Court does not require a separate motion or hearing on

agreed matters, except for continuances in cases over one year old or as otherwise provided. All uncontested or agreed matters should be presented with a proposed form of order and should reflect the agreement of all parties either (a) by personal or authorized signature on the form of order, or (b) in the certificate of conference on the motion.

Submission of Orders. — Except for proposed orders tendered at a hearing, proposed orders on contested matters should be submitted by the prevailing party after notification of the Court's ruling. Proposed orders should be tendered to the opposing party at least two working days before they are submitted to the Court. The opposing party must either approve the proposed order as to form or file objections in writing with the Court within one week of the submission of the proposed order. If an order is not approved as to form and no objections are filed within seven days of the submission of the proposed order, the Court will deem the proposed order to be approved as to form. Parties are encouraged, however, to bring a proposed order to the hearing.

Briefs. — The Court will use its best efforts to review all motions and briefs before any hearing. Except in case of emergency, any briefs relating to a motion (other than for summary judgment) that is set for hearing must be filed with the clerk of the Court no later than two working days before the scheduled hearing, or with the District Clerk no later than three working days before the scheduled hearing. Briefs in support of a motion for summary judgment must be filed with that motion; briefs in opposition to a motion for summary judgment must be filed at or before the time the response is due. Briefs not filed in accordance with this paragraph likely will not be considered.

## COURT SPECIFIC POLICIES

Telephone Hearings. — Participation in hearings by telephone is encouraged. Arrangements should be made with the Court Administrator. (For parties out of town)

Default and Minor Prove-Ups. — Unless instructed otherwise by the Court, default judgments should be made through affidavits; minor prove-ups shall be set for a hearing through the District Clerk.

Continuances. — In cases on file for more than one year, any motion requesting a continuance of trial must be signed by all parties requesting such a continuance, as well as by counsel. A single agreed continuance of 60-90 days, including extension of pretrial deadlines, will typically be granted; subsequent requests are rarely granted. Reset or continuance will not otherwise affect any of the pretrial deadlines unless specifically provided in the Order.

Alterations or Additional Deadlines Permitted. -- The forms attached must be used, but, other than paragraphs 1 or 5 and except as limited by the Rules of Civil Procedure, *different or additional deadlines* do not require an appearance at the scheduling conference and should be made through Rule 11 Agreements. SIGNED March 29, 2016.

District Judge Bonnie Lee Goldstein

FILED
DALLAS COUNTY
3/30/2016 4:39:45 PM
FELICIA PITRE
DISTRICT CLERK
David Hernandez

LAN.6623

## CAUSE NO. DC16-02623

| | | |
|---|---|---|
| MICHELE BAILON | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 44th JUDICIAL DISTRICT |
| | § | |
| LANDSTAR RANGER, INC. and | § | |
| CAMARA PERCIVAL, JR. | § | DALLAS COUNTY, TEXAS |

### DEFENDANT LANDSTAR RANGER, INC.'S JURY DEMAND

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendant demands a trial by jury.

**WHEREFORE, PREMISES CONSIDERED,** Defendant **LANDSTAR RANGER, INC.** prays that the Plaintiff take nothing by this suit, that Defendant go hence with its costs without delay, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, L.L.P**

**MICHAEL P. SHARP**
msharp@feesmith.com
State Bar No. 00788857
**DANIEL M. KARP**
State Bar No. 24012937
dkarp@feesmith.com
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100
(972) 934-9200 (Fax)
**ATTORNEYS FOR DEFENDANT
LANDSTAR RANGER, INC.**

DEFENDANT LANDSTAR RANGER, INC.'S JURY DEMAND                    PAGE 1

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the 30th day of March 2016 as follows:

*Via Facsimile*
Jason A. Itkin
Cory D. Itkin
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX  77007

_____

**DANIEL M. KARP**

FILED
DALLAS COUNTY
3/31/2016 3:09:18 PM
FELICIA PITRE
DISTRICT CLERK



**Fee, Smith, Sharp & Vitullo LLP**

Texas Trial Attorneys

Three Galleria Tower  13155 Noel Road  Suite 1000  Dallas, Texas 75240
P 972-934-9100  F 972-934-9200

877-FEESMITH  feesmith.com

1801 S MoPac Expressway  Suite 320  Austin, Texas 78746
P 512-479-8400  F 512-479-8402

*Michael P. Sharp*
*972-980-3255 Direct Dial*

*msharp@feesmith.com*

March 31, 2016

*Via Electronic Filing*
Clerk
44th Judicial District Court
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Box 540
Dallas, TX 75202

   Re:  Cause No. DC16-02623; *Michele Bailon v. Landstar Ranger, Inc. and Percival Camara, Jr.*; In the 44th Judicial District Court, Dallas County, Texas
      Our File No.: LAN.6623

Dear Clerk:

   Please be advised that I will be on vacation on the following dates:

   July 1, 2016 – July 10, 2016

   I would appreciate it if you would note your calendar accordingly and not schedule any hearings, court appearances, items requiring a deadline, etc. during this time period.

   Thank you for your consideration.

        Very truly yours,

        /s/ Michael P. Sharp

        Michael P. Sharp

MPS/pac
cc:  Jason A. Itkin
   Cory D. Itkin
   Arnold & Itkin, LLP
   6009 Memorial Drive
   Houston, TX  77007